UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

*Approved*
*ELH*
*USDJ*
*1/24/13*

TINAEE CROWDER

Plaintiff,

V.                                          CIVIL ACTION NO.
                                            1:12-cv-02283-ELH·

FIRST CREDIT SERVICES, INC
*DIBIA* ACCOUNTS RECEIVABLE TECHNOLOGIES

Defendant.                                  JANUARY 24, 2012

## NOTICE OF DISSMISSAL

The plaintiff through her attorney Michael W. Kennedy, Esq. stipulates that the

claims in the above-entitled action shall be dismissed with prejudice and without

costs, subject to approval of the Court.

                                    THE PLAINTIFF

                                    BY/S/Michael W. Kennedy
                                    Michael W. Kennedy, Esquire
                                    The Kennedy Law Firm
                                    1204 Main Street, Suite 176
                                    Branford, CT 06405
                                    203-4814040
                                    Fax: 443-440-6372
                                    mwk550@yahoo.com